VICTORIA MAYDANIK (No. 255788)
Maydanik Law Firm
1525 McCarthy Blvd. # 1000
Milpitas, CA 95035
Tel: (408) 673-0111
Fax: (408) 427-3431

Attorneys for Debtor(s)

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

ANH THU NGUYEN,

      Debtor

Case No.: 16-50712 DM

CHAPTER 13

**DECLARATION RE: LIMITED OPPOSITION TO MOTION FOR RELIEF FROM STAY FILED BY Creditor U.S. Bank Trust, N.A.**

Date: May 11, 2016
Time: 11:30 AM
Place: Courtroom 3070
      280 South 1st Street
      San Jose, CA
Judge: Hon. Dennis Montali

    PLEASE TAKE NOTICE that Debtor, ANH THU NGUYEN, has limited opposition to the motion for relief from the automatic stay filed by Creditor U.S. Bank Trust, N.A., with regard to Debtor's primary residence, property located at 3650 Pleasant Knoll Rd, San Jose, CA 95148.

    Debtor does not oppose the order granting relief from the automatic stay. However, she requests that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) not be waived.

Dated: April 7, 2016          _/s/ *Victoria Maydanik*_
                                        Debtor's attorney, Victoria Maydanik